Julius E. MOGYOROSSY, Petitioner,

v.

DEPARTMENT OF THE AIR FORCE, Respondent.

No. 2006–3095.

United States Court of Appeals, Federal Circuit.

March 27, 2006.

Julius E. Mogyorossy, pro se.

## ORDER

Petitioner having filed the required Statement Concerning Discrimination, it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 21 days from the date of filing of this order.

Lourdes T. CATOLICO, Claimant–Appellant,

v.

R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.

No. 06–7028.

United States Court of Appeals, Federal Circuit.

March 27, 2006.

Lourdes T. Catolico, pro se.

## ORDER

On December 16, 2005 the court issued an order allowing Lourdes T. Catolico ("Catolico") 21 days to show cause why this appeal should not be dismissed as not timely. Catolico requested an extension of time to respond or obtain counsel. An extension of time until March 2, 2006 was granted for Catolico or counsel to file an entry of appearance and respond to the show cause order. Catolico has failed to comply with the orders.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This appeal is dismissed.

(2) Each side shall bear its own costs.